UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HENRY A. CAULEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:21-cv-00637-AJT-JFA |
| | ) |
| CONSERVATION INTERNATIONAL FOUNDATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Henry A. Cauley and Defendant Conservation International Foundation that the above-captioned action is voluntarily dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties reached an agreement whereby Defendant consented to Plaintiff's amendment of his complaint in the related Virginia state court action (Civil Action No. CL-21-1230 in the Circuit Court for the County of Arlington) to add his claims under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq,, in exchange for dismissing the instant case and not pursuing the dismissed claims in federal court. Defendant has also agreed not to seek removal of the Virginia state court action to federal court.

So ordered 10/12/21

/s/
_____
Anthony J. Trenga
United States District Judge

1

Dated: October 11, 2021

Agreed To:

                For Plaintiff:

                /s/ Lawrence P. Postol
                Lawrence P. Postol
                POSTOL LAW FIRM, P.C.
                6842 Elm Street, Suite 300
                McLean, Virginia 22101
                Telephone: (571) 378-6366
                Facsimile: (571) 378-6375
                Lpostol@Postollaw.com
                *Attorneys for Plaintiff*

                For Defendant:

                /s/ Alexandra M. Romero
                Alexandra M. Romero
                Arent Fox LLP
                1717 K Street NW
                Washington, DC 20006-5344
                Telephone: (202) 828-3469
                Facsimile: (202) 857-6395
                Alexandra.Romero@ArentFox.com
                *Attorneys for Defendant*